Certificate Number: 16339-PAE-DE-039541268

Bankruptcy Case Number: 24-14633



16339-PAE-DE-039541268

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 10, 2025, at 3:22 o'clock PM EDT, Rebecca Ali completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 10, 2025              By:     /s/Kelley Tipton

                                   Name:   Kelley Tipton

                                   Title:   Certified Financial Counselor