IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| REBECCA HANIFAH ALI | : | BANKRUPTCY NO. 24-14633 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

**NOTICE OF CHANGE FROM NO ASSET TO ASSET
AND REQUEST TO THE CLERK TO FIX BAR DATE
TO FILE CLAIMS AGAINST THE ESTATE**

    TO FREDERIC J. BAKER, ASSISTANT UNITED STATES TRUSTEE, Robert W. Seitzer, the Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

Dated: May 23, 2025                        /s/ Robert W. Seitzer
                                                    Robert W. Seitzer
                                                    Chapter 7 Trustee