United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 24-14633-amc

Rebecca Hanifah Ali                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                  User: admin                         Page 1 of 3

Date Rcvd: May 23, 2025              Form ID: 139                          Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Rebecca Hanifah Ali, 6508 Lincoln Dr, Philadelphia, PA 19119-3624 |
| 14964674 | City of Philadelphia, Parking Violation Branch, PO Box, Philadelphia, PA 19102 |
| 14964689 | PNC Financial, Attn: Bankruptcy 300Fifth Ave, Pittsburgh, PA 15222 |
| 14964686 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14964693 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | May 24 2025 04:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14964661 | Email/Text: bncnotifications@pheaa.org | May 24 2025 00:36:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14964662 | Email/PDF: bncnotices@becket-lee.com | May 24 2025 01:30:02 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14964663 + | EDI: BANKAMER | May 24 2025 04:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14964664 | EDI: TSYS2 | May 24 2025 04:24:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14964675 | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14964665 | EDI: CAPITALONE.COM | May 24 2025 04:24:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14964667 + | EDI: CAPITALONE.COM | May 24 2025 04:24:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14964668 + | EDI: JPMORGANCHASE | May 24 2025 04:24:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 14964669 + | Email/Text: bankruptcycollections@citadelbanking.com | May 24 2025 00:45:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14964670 + | EDI: CITICORP | May 24 2025 04:24:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14964671 | EDI: CITICORP | May 24 2025 04:24:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: 139 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | 63179-0040 |
| 14964673 | | EDI: CITICORP | May 24 2025 04:24:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14964672 | | EDI: CITICORP | May 24 2025 04:24:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14964676 | | Email/Text: bankruptcy@philapark.org | May 24 2025 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14964677 | ^ | MEBN | May 24 2025 00:22:34 | CompuLink Corporation, Attn: Bankruptcy, 14002 E 21st St Ste 300, Tulsa, OK 74134-1421 |
| 14964678 | | EDI: DISCOVER | May 24 2025 04:24:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14964679 | | EDI: CITICORP | May 24 2025 04:24:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14964680 | | EDI: IRS.COM | May 24 2025 04:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14964681 | | EDI: JPMORGANCHASE | May 24 2025 04:24:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14964682 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 24 2025 00:36:00 | KeyBank, Attn: Bankruptcy 4910 Tiedeman Rd OH-01-, Brooklyn, OH 44144-2338 |
| 14964683 | | Email/Text: fesbank@attorneygeneral.gov | May 24 2025 00:36:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14964688 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2025 00:35:00 | PNC Financial, Attn: Bankruptcy 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14964684 | | EDI: PENNDEPTREV | May 24 2025 04:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14964685 | ^ | MEBN | May 24 2025 00:22:36 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14964687 | | Email/Text: bankruptcy@philapark.org | May 24 2025 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14964690 | + | EDI: SYNC | May 24 2025 04:24:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14964691 | | EDI: SYNC | May 24 2025 04:24:00 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14964692 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14964694 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 24 2025 00:40:12 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |
| 14964695 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 24 2025 00:55:17 | Wf Bank Na, Attn: Bankruptcy, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14964666 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: May 23, 2025                       Form ID: 139                                    Total Noticed: 37
TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Rebecca Hanifah Ali help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:  Rebecca Hanifah Ali
6508 Lincoln Dr
Philadelphia, PA 19119−3624

Debtor(s)                                                   Case No: 24−14633−amc

                                                            Chapter: 7


Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−8976

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

                                      **Date:** 8/25/25

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

   There is no fee for filing the proof of claim.
   *Any creditor who has filed a proof of claim already need not file another proof of claim.*

                             900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

                                          For The Court

                                          Timothy B. McGrath
                                          Clerk of Court

**Date:** 5/23/25


                                                       16
                                                   Form 139