IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| REBECCA HANIFAH ALI | : | BANKRUPTCY NO. 24-14633 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

## NOTICE OF APPLICATION AND RESPONSE DEADLINE

     Robert W. Seitzer, Chapter 7 Trustee, has filed an Application to Employ Bernhardt, Rothermel & Siegel, P.C. as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Application** or if you want the court to consider your views on the Application, then on or before **June 24, 2025, you or your attorney must file a response to the Application.** (*see Instructions on next page*).

3. **If you do not file a response to the Application,** the court may enter an order granting the relief requested in the Application.

4. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether a hearing has been scheduled.

5. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

6.  **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7.  **If you are not required to file electronically**, you must file your response at

    > Clerk
    > United States Bankruptcy Court
    > for the Eastern District of Pennsylvania
    > Robert N.C. Nix Federal Building
    > 900 Market Street, Suite 400
    > Philadelphia, PA 19107

8.  **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

9.  On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the following:

    > Robert W. Seitzer, Esquire
    > Karalis PC
    > 1900 Spruce Street
    > Philadelphia, PA 19103
    > Phone No.: (215) 546-4500
    > Fax No.: (215) 985-4175
    > E-mail address: rseitzer@karalislaw.com
    > Chapter 7 Trustee

Dated: June 17, 2025