IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| REBECCA HANIFAH ALI | : | BANKRUPTCY NO. 24-14633 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on June 17, 2025, I did direct a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Bernhardt, Rothermel & Siegel, P.C. as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application") and

- Notice of Application and Response Deadline.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

CHAPTER 7 TRUSTEE FOR THE ESTATE OF
REBECCA HANIFAH ALI

By: /s/ Robert W. Seitzer
Robert W. Seitzer

*Chapter 7 Trustee*

Dated: June 17, 2025

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Attorneys for the United States Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Attorneys for the Debtor*

**VIA E-MAIL**

Warren I. Siegel, Esquire
Bernhardt, Rothermel & Siegel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102
wsiegel@brspc.com
*Proposed Special Counsel for the Chapter 7 Trustee*