IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| REBECCA HANIFAH ALI | BANKRUPTCY NO. 24-14633 (AMC) |
| Debtor | |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO
APPLICATION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE,
TO EMPLOY BERNHARDT, ROTHERMEL & SIEGEL, P.C. AS SPECIAL COUNSEL
PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014**

TO:    THE HONORABLE ASHELY M. CHAN,
       **Chief United States Bankruptcy Judge**

I, Robert W. Seitzer, Chapter 7 Trustee, hereby certify that on June 17, 2025 a copy of the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Bernhardt, Rothermel & Siegel, P.C. as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application") and Notice of Application and Response Deadline were served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties and interested parties in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

WHEREFORE, the Trustee respectfully requests that the Application be approved.

                        **Respectfully submitted,**

                        **CHAPTER 7 TRUSTEE FOR THE ESTATE OF
REBECCA HANIFAH ALI**

                        By:   /s/ Robert W. Seitzer
                              ROBERT W. SEITZER
                              1900 Spruce Street
                              Philadelphia, PA 19103
                              (215) 546-4500

Dated: June 25, 2025