IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| REBECCA HANIFAH ALI | : BANKRUPTCY NO. 24-14633 (AMC) |
| | : |
| Debtor | : |
| | : |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Chapter 7 Trustee, certify that on June 25, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certificate of No Objection, Answer or Other Responsive Pleading to the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Bernhardt, Rothermel & Siegel, P.C. as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

CHAPTER 7 TRUSTEE FOR THE ESTATE OF
REBECCA HANIFAH ALI


By:___/s/ Robert W. Seitzer_____
ROBERT W. SEITZER

Dated: June 25, 2025

Mailing List Exhibit attached hereto:

| | | |
|---|---|---|
| **VIA ECF TRANSMISSION** | John Schanne, Esquire<br>Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107<br>*Trial Attorneys for the United States Trustee* | Michael A. Cibik, Esquire<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>*Attorneys for the Debtor* |
| **VIA E-MAIL** | Warren I. Siegel, Esquire<br>Bernhardt, Rothermel & Siegel, P.C.<br>1515 Market Street, Suite 1540<br>Philadelphia, PA 19102<br>wsiegel@brspc.com<br>*Proposed Special Counsel for the Chapter 7 Trustee* | |