# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| REBECCA HANIFAH ALI | : | BANKRUPTCY NO. 24-14633 (AMC) |
| | : | |
| Debtor | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee (the "Trustee"), to Employ Bernhardt, Rothermel & Siegel, P.C. ("BR&S") as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application"), and good cause having been shown; it is hereby

**ORDERED**, that the Application is **APPROVED**; it is further

**ORDERED**, that BR&S is employed as special counsel; and it is further

**ORDERED**, that all of BR&S' fees and expenses, including requests for reimbursement for experts retained by BR&S, are subject to review under 11 U.S.C. § 330 and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of the Court.

Dated: July 1, 2025

BY THE COURT:

_____
ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE