**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **REBECCA HANIFAH ALI** | : | **BANKRUPTCY NO. 24-14633 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

**NOTICE OF CHANGE FROM ASSET TO NO ASSET**

**TO THE CLERK:**

    Robert W. Seitzer, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. The Trustee believes that there are no viable assets to administer in this bankruptcy proceeding. Accordingly, this is to be changed to a no-asset case.

Dated: February 06, 2026                      /s/ Robert W. Seitzer, Esquire
                                                      Chapter 7 Trustee
                                                      1900 Spruce Street
                                                      Philadelphia, PA 19103
                                                      (215) 546-4500